UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAVOIE, et al.,<br><br>    Defendants. | 1:21-cv-01552-ADA-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO PAY $402.00 FILING FEE IN FULL BY APRIL 14, 2023** |

Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

On November 22, 2021, the Court issued an order requiring Plaintiff to pay the $402.00 filing fee in full for this case within 30 days. (ECF No. 12.) On December 15, 2021, Plaintiff filed an appeal to the Ninth Circuit Court of Appeals. (ECF No. 13.) On February 27, 2023, the Ninth Circuit dismissed the appeal as insubstantial. (ECF No. 20.) Plaintiff is now required to pay the $402.00 filing fee in full for this case by April 14, 2023.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff is required to pay the $402.00 filing fee for this case by **April 14, 2023**;
2. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed in its entirety.

IT IS SO ORDERED.

   Dated:   **March 3, 2023**                 **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE