UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAVOIE, et al.,<br><br>    Defendants. | **1:21-cv-01552-ADA-GSA-PC**<br><br>**ORDER DENYING REQUEST FOR FREE COPY OF COMPLAINT**<br><br>**(ECF No. 22.)** |

**I.    BACKGROUND**

Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 21, 2021.  (ECF No. 1.)

On April 28, 2023, Plaintiff filed a request for the Court to send him a photocopy of his original Complaint for this case filed on October 21, 2021, with attached exhibits. (ECF No. 22.)

**II.    COPIES OF CASE DOCUMENTS**

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties.  The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a).  Even if the Court had granted Plaintiff leave to proceed *in forma pauperis*, he would not be entitled to free copies of documents from the Court.

1

Plaintiff reports that his copy of the Complaint was destroyed by prison officials at Pelican Bay State Prison during a cell search.  Plaintiff requests a copy of the Complaint to assist him in appealing an order to the United States Supreme Court.  On February 27, 2023, the Ninth Circuit dismissed Plaintiff's appeal of this Court's order requiring him to pay the filing fee for this case under 28 U.S.C. § 1915(g) as "so unsubstantial as to not warrant further review." (ECF No. 20.)  Plaintiff intends to file a petition for writ of certiorari to the Supreme Court for review of the Ninth Circuit's order.

Plaintiff has not shown good cause for the Court to send him a free copy of his Complaint.  Plaintiff's original Complaint, with exhibits, is 180 pages,  and the Clerk's Office is authorized to copy only up to twenty-five pages upon written request and prepayment of copy fees.  However, **<u>as a one-time courtesy</u>**, the Court shall allow Plaintiff to request a copy of the **entire** Complaint for pre-payment of $90.00.  To request a copy at this juncture, Plaintiff must submit a request in writing to the Clerk, large-enough self-addressed envelope(s) affixed with sufficient postage, and prepayment of copy costs by money order in the amount of $90.00 made payable to the Clerk of the Court.

Based on the foregoing, Plaintiff's request for a copy of his Complaint, filed on April 28, 2023 is denied, without prejudice to re-filing the request with payment of $90.00 as discussed in this order.

**III.     CONCLUSION**

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's request for a copy of his Complaint, filed on April 28, 2023, is DENIED, without prejudice to renewal of the request with payment of $90.00.

IT IS SO ORDERED.

Dated:   **May 6, 2023**                          **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE