UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAVOIE, et al.,<br><br>　　　　　Defendants. | 1:21-cv-01552-ADA-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 25.)**<br><br>**DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS: JUNE 12, 2023**<br><br>**(ECF No. 24.)** |

Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On May 18, 2023, Plaintiff filed a motion for an extension of time to file objections to the findings and recommendations.  (ECF No. 25.)

The Court finds good cause to grant Plaintiff an extension of time **until June 12, 2023**. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff is granted **until June 12, 2023** to file objections to the findings and recommendations issued on May 8, 2023.

IT IS SO ORDERED.

　Dated:　**May 22, 2023**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE